ACCEPTED
14-15-00302-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

14-15-00302-CR

NO.09-15-00102-CR

IN THE COURT OF APPEALS

FOR THE

FOURTEENTH DISTRICT OF TEXAS

HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/11/2015 8:22:00 AM

CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| COLEMAN M. HARRIS | APPELLANT |
| V. | |
| STATE OF TEXAS | APPELLEE |

APPEAL FROM COUNTY COURT AT LAW NO.4
MONTGOMERY COUNTY, TEXAS
TRIAL COURT NO. 13-285097

APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, Coleman M. Harris, Appellant herein, by and through his attorney, Charles G. Kingsbury, and moves this Court to dismiss his appeal. In support thereof, he would show the Court as follows.

Appellant has decided not to proceed with the appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this court dismiss the instant appeal.

1

Respectfully submitted,

KINGSBURY LAW FIRM

*Charles Kingsbury* B/P MM

Charles G. Kingsbury
T.B.C. No. 11476350
316 E. Edgewood Dr.
Friendswood, Texas 77546
(281) 996-1882
(281) 996-6905 TELEFAX
ATTORNEY FOR APPELLANT
COLEMAN M. HARRIS

APPROVED:

*Coleman Harris*

Coleman M. Harris

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Montgomery County District Attorney's Office by hand delivering a copy to the assistant district attorney handling the case to 207 W. Phillips, 2nd Floor Conroe, Texas 77301, on this _____ day of _____, 2015.


_____
CHARLES G. KINGSBURY

3